# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ARTHURINE WILLIAMS,** individually, as next of kin of and as Administrator of the Estate of **JOHNNY WILLIAMS**, deceased, | ] ] ] ] |
| **Plaintiff,** | ] 2:12-cv-2576-KOB ] ] |
| v. | ] ] |
| **FRESENIUS USA, INC., et al.,** | ] ] |
| **Defendants.** | |

## ORDER OF DISMISSAL

The court, having received "Notice of Plaintiff's Voluntary Dismissal of Claims" (doc 17), DISMISSES this case WITHOUT PREJUDICE, costs taxed as paid pursuant to Fed. R. Civ. P. 41(a)(1)(A).

DONE and ORDERED this 21st day of November, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE